# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| SOLANGE FERNANDEZ MEDINA, as next friend on behalf of FRANYER JOSE MONTES FERNANDEZ,<br><br>    *Petitioner*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director for U.S. Immigration and Customs Enforcement, El Paso Field Office; and ANGEL GARITE, in his official capacity as Assistant Field Office Director, U.S. Immigration and Customs Enforcement, El Paso Field Office,<br><br>    *Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No.  3:25-CV-00037-LS |

## FINAL JUDGMENT

Consistent with its Order Dismissing Case entered today and Fed. R. Civ. P. 58, the Court enters this Final Judgment and dismisses this case without prejudice. The Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 27, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**